| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| LATREED GAYLAND JACKSON, | § |
| | § |
| Petitioner, | § |
| | § |
| versus | § CIVIL ACTION NO. 1:18-CV-636 |
| | § |
| WARDEN DALLAS JONES, | § |
| | § |
| Respondent. | § |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Latreed Gayland Jackson, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the petition be dismissed.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed.

### ORDER

Accordingly, the findings of fact and conclusions of law set forth in the report are correct and the magistrate judge's report is **ADOPTED**. An appropriate final judgment will be entered.

SIGNED at Beaumont, Texas, this 4th day of March, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE